No. 94–5091. GOMEZ-MORALES *v.* UNITED STATES; and

No. 94–5141. GRISALES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5092. GENDREAU *v.* VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 94–5093. ESPARZA *v.* STICE, ASSISTANT DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, SUPPORT SERVICES DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5094. HANKERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5095. KING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5096. KAMAL *v.* BROWN. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–5098. BUSH *v.* CRYSTAL HOMES, INC., ET AL.; BUSH *v.* CRYSTAL HOMES, INC.; and BUSH *v.* LONG ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–5100. BRAGGS *v.* MOBILE COUNTY HEALTH DEPARTMENT ET AL. C. A. 11th Cir. Certiorari denied.

DELISLE *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 94–5102. DEERWESTER *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 94–5103. BATES *v.* BURTON, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5104. DUFFEY *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 94–5105. BRANSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–5106. WALLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.